1  RACHEL VALADEZ (SBN 252415)
   RValadez@GreenbergGlusker.com
2  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
3  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
4  Telephone: 310.553.3610
   Fax: 310.553.0687
5
   Attorneys for Defendants
6  PEPPER LANE-COSMO, LLC; and
   CLASSIC BURGERS, INC. d/b/a CLASSIC
7  BURGERS



IT IS SO ORDERED
Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEPPER LANE-COSMO, LLC; CLASSIC BURGERS, INC. d/b/a CLASSIC BURGERS, and DOES 1-20,<br><br>　　　　Defendants. | Case No. 5:13-cv-0444-HRL<br><br>Assigned to Hon. Howard L. Lloyd<br><br>**STIPULATION TO EXTEND TIME FOR MEET AND CONFER RE SETTLEMENT AND NOTICE OF MEDIATION DATES**<br><br>Action Filing Date: January 31, 2013 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## STIPULATION

Plaintiff Richard Johnson ("Plaintiff") and Defendants Pepper Lane-Cosmo, LLC and Classic Burgers, Inc. d/b/a Classic Burgers ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

In order to have sufficient time to analyze the results of the Parties' Joint Inspection that took place on May 13, 2013, the Parties agree that the date by which they must meet and confer to discuss settlement be extended by seven (7) days, up to and including June 28, 2013; and the date by which Plaintiff must file a "Notice of Need for Mediation," if necessary, be extended by seven (7) days, up to and including July 2, 2013.

**SO STIPULATED.**

DATED: June 18, 2013

LAW OFFICE OF KENNETH J. PINTO

By: /s/ Kenneth Pinto
KENNETH J. PINTO
Attorneys for Plaintiff RICHARD JOHNSON

DATED: June 18, 2013

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/
RACHEL VALADEZ
Attorneys for Defendants PEPPER LANE-COSMO, LLC; and CLASSIC BURGERS, INC. d/b/a CLASSIC BURGERS

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

73852-00036/1947064.1              1              STIPULATION 5:13-CV-0444-HRL