1  Irene Karbelashvili, State Bar Number 232223
   Law Office of Irene Karbelashvili
2  12 South First Street, Suite 413
   San Jose, CA 95113
3  Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Kenneth J. Pinto, State Bar Number 221422
   Law Office of Kenneth J. Pinto
6  12 South First Street, Suite 713
7  San Jose, CA 95113
   Telephone: (408) 289-1765
8  Fax: (408) 289-1754

9  Attorneys for RICHARD JOHNSON, Plaintiff

10
   Matthew N. Falley, State Bar Number 192493
11 MFalley@GreenbergGlusker.com
   Rachel Valadez, State Bar Number 252415
12 RValadez@GreenberrgGlusker.com
13 GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP
14 1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
15 Telephone: (310) 553-3610
16 Fax: (310) 553-0687

17 Attorneys for Defendants
   PEPPER LANE-COSMO, LLC and
18 CLASSIC BURGERS, INC., d/b/a CLASSIC
19 BURGERS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| RICHARD JOHNSON, | ) | Case No. CV13-0444 |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND PROPOSED** |
| vs. | ) | **ORDER FOR DISMISSAL OF** |
| | ) | **CLAIMS WITH PREJUDICE** |
| PEPPER LANE-COSMO, LLC; CLASSIC | ) | **[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |
| BURGERS, INC., d/b/a CLASSIC | ) | |
| BURGERS, and DOES 1-20, | ) | |
| Defendants. | ) | |
| . | ) | |

Page 1 of 3

# STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RICHARD JOHNSON ("Plaintiff") and Defendants PEPPER LANE-COSMO, LLC and CLASSIC BURGERS, INC., d/b/a CLASSIC BURGERS ("Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice against Defendants;
2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE signed by all parties and approved by their respective attorneys;
3. All parties shall bear their own costs and fees in the action.

**IT IS SO STIPULATED**

Dated: 11/20/2013

/s/Irene Karbelashvili
By: Irene Karbelashvili, Esq.
Attorney for Plaintiff
RICHARD JOHNSON

Dated: 11/25/2013

/s/Rachel Valadez
By: Rachel Valadez, Esq.
Attorney for Defendants
PEPPER LANE-COSMO, LLC
and CLASSIC BURGERS, INC.,
d/b/a CLASSIC BURGERS

Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence of the filing of this document has been obtained from its signatory.

Dated: 11/20/2013

/s/___Irene Karbelashvili
Irene Karbelashvili, Esq.

**ORDER**

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff RICHARD JOHNSON on the one hand ("Plaintiff") and Defendant RICHARD C. CONGER, TRUSTEE OF CONGER FAMILY 2002 TRUST ("Defendant") on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against Defendant;

2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE IN FULL signed by both parties and approved by their respective attorneys;

3. Each Party shall bear his own costs and fees in this action.

Dated:_____, 2013

_____
Honorable HOWARD R. LLOYD
United States District Judge